# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GEO SPECIALTY CHEMICALS, INC.,   )
                               )
            Plaintiff,        )
                               )
           v.                )      Case No. 12-cv-1819 (RJL)
                               )
GREGORY HUSISIAN, *et al.*,      )
                               )
           Defendants.     )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 24th day of June, 2013, hereby

**ORDERED** that the defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction [Dkt. #10] is **DENIED**; it is further

**ORDERED** that the plaintiff's Complaint [Dkt. #1] is **DISMISSED** without prejudice for failure to state a claim.

_____
RICHARD J. LEON
United States District Judge